85 A.3d 977

IN THE MATTER OF DAVID P. DANIELS, AN ATTORNEY
AT LAW (ATTORNEY NO. 015811979).

March 14, 2014.

## ORDER

The Disciplinary Review Board having filed with the Court its
decision in DRB 13–204, concluding that **DAVID P. DANIELS** of
**CAMDEN**, who was admitted to the bar of this State in 1979,
should be censured for violating *RPC* 1.5(a) (negligent misappro-
priation of client funds), *RPC* 1.15(d) (recordkeeping violations),
and *RPC* 1.3 (lack of diligence);

And the Disciplinary Review Board having further concluded
that respondent should be required to complete a legal education
course in accounting for attorneys and to provide periodic reconcil-
iations of his attorney accounts to the Office of Attorney Ethics
confirming that his attorney accounts are being maintained in
accordance with the recordkeeping rules;

And good cause appearing;

It is Ordered that **DAVID P. DANIELS** is hereby censured and
it is further

ORDERED that within sixty days after the filing of this Order,
respondent shall enroll in and complete a course in accounting for
attorneys, said course to be approved by the Office of Attorney
Ethics; and it is further

ORDERED that respondent shall submit to the Office of Attor-
ney Ethics monthly reconciliations of his attorney accounts on a
quarterly basis for a period of two years and until the further
Order of the Court;

ORDERED that the entire record of this matter be made a
permanent part of respondent's file as an attorney at law of this
State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.